FORM B5
(10-05)

## United States Bankruptcy Court
### Northern District of California (San Jose Division)

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Michael J. Schneider | |

LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 3595 Stevens Creek Boulevard, San Jose, CA 95117 | |

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS    ZIP CODE

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**
- [✓] Chapter 7
- [ ] Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe:
- [ ] Debts are primarily consumer debts
- [✓] Debts are primarily business debts

**TYPE OF DEBTOR**
- [✓] Individual
- [ ] Stockbroker
- [ ] Partnership
- [ ] Railroad
- [ ] Corporation
- [ ] Health Care Business
- [ ] Clearing Bank
- [ ] Commodity Broker
- [ ] Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS

**VENUE**
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE (Check one box)**
- [✓] Full Filing Fee attached
- [ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| California Plan, Inc. | Not Available | 3/23/2006 |
| Relationship: Owner | District: N.D. Cal. | Judge: Not Yet Assigned |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. [✓] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [✓] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [✓] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
    or
b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Elena Aspromonte
Signature of Petitioner or Representative (State title)
Member, Aspromonte Investments, LLC  3/23/2006

Name of Petitioner: Elena Aspromonte, Member
Date Signed: 3-23-06
Name & Mailing Address of Individual Signing in Representative Capacity: 60 Oak Knoll, Santa Cruz, CA 95060

X /s/ [Attorney signature] 3/23/06
Signature of Attorney / Date
Name of Attorney Firm (If any): McGrane Greenfield LLP
Address: 40 South Market Street, Suite 700, San Jose, CA 95113
Telephone No. (408) 995-5600

X /s/ Elena Aspromonte, President
Signature of Petitioner or Representative (State title)
President, Aspromonte Enterprises, Inc. 3/23/2006

Name of Petitioner: Elena Aspromonte, President
Date Signed: 3-23-06
Name & Mailing Address of Individual Signing in Representative Capacity: 60 Oak Knoll, Santa Cruz, CA 95060

X /s/ [Attorney signature] 3/23/06
Signature of Attorney / Date
Name of Attorney Firm (If any): McGrane Greenfield LLP
Address: 40 South Market Street, Suite 700, San Jose, CA 95113
Telephone No. (408) 995-5600

X /s/ Mark Aspromonte  3/23/2006
Signature of Petitioner or Representative (State title)
Mark Aspromonte  3/23/2006

Name of Petitioner: 
Date Signed: 
Name & Mailing Address of Individual Signing in Representative Capacity:

X /s/ [Attorney signature] 3/23/06
Signature of Attorney / Date
Name of Attorney Firm (If any): McGrane Greenfield LLP
Address: 40 South Market Street, Suite 700, San Jose, CA 95113
Telephone No. (408) 995-5600

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Aspromonte Investments, LLC, 60 Oak Knoll, Santa Cruz, CA 95060 | Money Had and Received | Not less than $300,000.00 |
| Aspromonte Enterprises, Inc., 60 Oak Knoll, Santa Cruz, CA 95060 | Money Had and Received | Not less than $149,470.69 |
| Mark Aspromonte, 115 Averitt Street, Santa Cruz, CA 95060 | Money Had and Received | Not less than $300,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims Not less than $749,470.69 |

_____ continuation sheets attached