# United States Bankruptcy Court
## Northern District of California

In re  **Michael J. Schneider**

Debtor(s)

Case No.  **MM-06-50441**

Chapter  **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 2 | Undetermined | | |
| B - Personal Property | Yes | 4 | 2,782,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 10 | | 8,898,219.97 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 5 | | 9,650.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 229,965.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 53 | | | |
| | | Total Assets | 2,782,000.00 | | |
| | | Total Liabilities | | 9,137,835.96 | |

# United States Bankruptcy Court
## Northern District of California

In re  **Michael J. Schneider**

Debtor(s)

Case No.  **MM-06-50441**

Chapter  **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**

                                    Debtor(s)

# SCHEDULE A — REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single family residence at 433 El Centro Rd, Hillborough, CA 94010-6672 | Fee simple | H | Undetermined | 2,500,000.00 |
| Single family residence at 46 Alameda de las Pulgas, Atherton, CA 94027 | Fee simple | H | Undetermined | 1,625,000.00 |
| NOTE: This property is collateral for a debt in the approximate amount of $1,000,000.00, which is also secured by the property located at 433 El Centro, Hillsborough, CA referenced above.  To avoid confusion and "double counting", the amount of this debt is included in the entry for the 433 El Centro property, but is not included here." | | | | |
| 2 story single family residence at 498 Glen Canyon Court, Santa Cruz, CA 95060 | Fee simple | H | Undetermined | 600,000.00 |
| NOTE: This property is collateral for a debt in the approximate amount of $1,000,000.00, which is also secured by the property located at 433 El Centro, Hillsborough, CA referenced above.  To avoid confusion and "double counting", the amount of this debt is included in the entry for the 433 El Centro property, but is not included here." | | | | |
| Improved property at 20288 Creek Road, Santa Cruz, CA 95030 | Fee simple | H | Undetermined | 368,808.71 |
| Land at 20300 Bear Creek Rd, Santa Cruz, CA 95030 | Fee simple | H | Undetermined | None |
| One story Commercial at 3801 Watt Avenue, Sacramento, CA 95821 | Fee simple | C | Undetermined | 136,000.00 |
| Single family residence at 10410 Springmill Road, Indianapolis, IN 46290 | Fee simple | H | Undetermined | 130,986.52 |
| Land - 43 acres at 12135 Dawn Drive, Marysville, CA 95901 | Fee simple | H | Undetermined | 28,000.00 |

  1   continuation sheets attached to the Schedule of Real Property

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037                                                          Best Case™ Bankruptcy

## SCHEDULE A — REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Condominium at 1300 Plaza de Sonadores, Santa Barbara, CA 93108 | Fee simple | H | Undetermined | 567,028.12 |
| Split lake lot at 4793 North Lake Blvd, Tahoe Vista, CA 96148 | Fee simple | H | Undetermined | 525,000.00 |
| Small apartment/house at 8666 Salmon Avenue, Kings Beach, CA  96143 | Fee simple | H | Undetermined | 149,572.02 |
| Commercial 16 Units at 8645 North Lake Blvd., Kings Beach, CA 96143 | Fee simple | C | Undetermined | 1,270,000.00 |
| Trailer Park at 8685 Salmon Avenue, Kings Beach, CA 96143 | Fee simple | H | Undetermined | 590,000.00 |
| Large parcel with 3 small cabins which includes 299 Fox Street Land & portion of the parcel located at 8676 North Lake Blvd, Kings Beach, CA 96143 | Fee simple | H | Undetermined | None |
| Old 3 unit studio motel rooms at 8684 Salmon Avenue with a portion of the parcel located at 8675 North Lake Blvd., Kings Beach, CA 96143 | Fee simple | J | Undetermined | None |
| Commercial property at 8697 North Lake Blvd., Kings Beach, CA 96143 | Fee simple | H | Undetermined | 370,000.00 |
| Vacant land at POR lots 14 thru 16 D Broadway Vista, Trout Ave., Kings Beach, CA 96143 | Fee simple | H | Undetermined | None |
| Vacant land at Lot 13, D and Lot 12, D Broadway Vista, Trout Ave., Kings Beach, CA 96143 | Fee simple | J | Undetermined | None |

Total➜                      0.00
(Report also on Summary of Schedules)

Sheet   1   of   1   continuation sheets attached the Schedule of Real Property                                         1

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037                                     Best Case™ Bankruptcy

In re  Michael J. Schneider,                                    Case No.  MM-06-50441
_____
                          Debtor(s)

# SCHEDULE B — PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the property is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Charles Schwab & Co. Checking | H | 74,000.00 |
| | | Bank of the West | H | 50,000.00 |
| | | Bank of the West | H | 0.00 |
| | | Bank of the West | H | 0.00 |
| | | Citibank | H | 2,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Misc. household goods | - | Unknown |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Misc. apparel | - | Unknown |
| 7.  Furs and jewelry. | | | - | Unknown |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | American United Life Insurance Company | H | Unknown |

  3   continuation sheets attached to the Schedule of Personal Property

Sub-Total ➔
(Total of this page)

| 126,000.00 |

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re  Michael J. Schneider,                                      Case No.  MM-06-50441

Debtor(s)

# SCHEDULE B — PERSONAL PROPERTY

## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | | San Gabriel Water Company | H | 160,000.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. & 530 (b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. & 529 (b) (1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. & 521(c); Rule 1007 (b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Charles Schwab & Co. IRA | H | 90,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 23.3% shareholder Interest In Coastal Int'l Airways, Inc dba Seabourne Virgin Islands, Inc. | H | Unknown |
| | | Exchange Security Corporation | H | Unknown |
| | | California Plan, Inc. | H | Unknown |
| | | California Consumer Plan, Inc. | H | Unknown |
| | | California Plan Escrow, Inc. | H | Unknown |
| | | Sysorex, Inc.- warrants | H | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | Safari Mobilehome Park, LLC | H | Unknown |
| | | Kings Beach Business Park LLC | H | Unknown |
| | | Commodore,LLC | H | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Promissory Note | H | 1,400,000.00 |
| | | Promissory Note | H | 725,000.00 |
| | | Promissory Note | H | 50,000.00 |

NOTE: The Trustee is informed via the Debtor and draft schedules prepared by the Debtor and his counsel of the existence and value of the above promissory notes.  The Trustee is investigating these assets as no actual documentation in connection with these assets as been uncovered.

Sheet   1   of   3   continuation sheets attached to the Schedule of Personal Property

Sub-Total➔ (Total of this page)    | 2,425,000.00 |

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re  Michael J. Schneider,                                      Case No.  MM-06-50441
_____              _____
                              Debtor(s)

# SCHEDULE B — PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Promissory Note | H | 160,000.00 |
| | | Promissory Note | H | 15,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | Schneider Family Trust | H | Unknown |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Beneficiary of life insurance policy of former client | H | Unknown |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential action to recover option price on real property at 310 W. Santa Inez, Hillsborough, CA | H | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | - | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. & 101 (41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Mercedes Benz | H | 25,000.00 |
| | | 1968 Mercedes Benz 230 SL 15000 | W | 15,000.00 |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Personal Property

Sub-Total➔
(Total of this page)

215,000.00

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re <u>Michael J. Schneider,</u>          Case No. <u>MM-06-50441</u>

Debtor(s)

# SCHEDULE B — PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2002 Chevy Suburban | W | 15,000.00 |
| | | 1968 Ford PU | H | 1,000.00 |
| | | 2 dirt bikes | - | Unknown |
| | | 1 Trailer | - | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | | | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | Unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. | X | | | |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Personal Property

| | |
|---|---|
| Sub-Total➔<br>(Total of this page) | 16,000.00 |
| Total➔<br>(Report also on Summary of Schedules) | 2,782,000.00 |

Copyright © 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    Michael J. Schneider,                                              Case No.    MM-06-50441
                                    Debtor(s)

# SCHEDULE C — PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐  11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
☐  11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |

NOTE:  Trustee has no responsibility to file
Debtors claim  of exemptions.

 0   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037                                                        Best Case™ Bankruptcy

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | | |
| Account No. <br><br> Alan Chase <br> 1200 Gough Street #10 C <br> San Francisco, CA 94109 <br><br> Value $      Undetermined | | H | | | 433 El Centro, 46 Alameda de las Pulgas & 498 Glen Canyon Court | | | X | $    500,000.00 | $    Unknown |
| Account No. 001876149-4 <br><br> Aurora Loan Services <br> PO Box 78111 <br> Phoenix, AZ 85062-8111 <br><br> Value $      Undetermined | | H | | | Single family residence at 46 Alameda de las Pulgas, Atherton, CA 94027 | | | | $   1,625,000.00 | $    Unknown |
| Account No. 009-380-09-00 <br><br> Bernice James-Tax Collector <br> P.O. Box 579 <br> Santa Barbara, CA 93102 <br><br> Value $      Undetermined | | H | | | Condominium at 1300 Plaza de Sonadores, Santa Barbara, CA 93108 | | | | $       0.00 | $    Unknown |
| Account No. 0770571444-7 <br><br> Citimortgage <br> Citimortgage, Inc. <br> PO Box 6006 <br> The Lakes, NV 88901 <br><br> Value $      Undetermined | | H | | | Single family residence at 433 El Centro Rd, Hillsborough, CA 94010-6672 | | | X | $   1,500,000.00 | $    Unknown |

  _9_   continuation sheets attached

Subtotal ➔ $    3,625,000.00
(Total of this page)

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | C | One story Commercial at 3801 Watt Avenue, Sacramento, CA 95821 | | | | | |
| Clara Perdis 7677 Westover Court Fair Oaks, CA 95628-5501 | | | Value $            Undetermined | | | | $        56,000.00 | $      Unknown |
| Account No. 254-0152-011-0000 | | H | One story Commercial at 3801 Watt Avenue, Sacramento, CA 95821 | | | | | |
| Dave Irish-Tax Collector P.O. Box 508 Sacramneto, CA 95812-0508 | | | Value $            Undetermined | | | | $            764.68 | $      Unknown |
| Account No. | | H | 433 El Centro, 46 Alameda de las Pulgas & 498 Glen Canyon Court | X | | | | |
| Direct Marketing Solution 1200 Gough Street #10 C San Francisco, CA 94109 | | | Value $            Undetermined | | | | $      500,000.00 | $      Unknown |
| Account No. 1713100000026000 | | W | Single family residence at 10410 Springmill Road, Indianapolis, IN 46290 | | | | | |
| Dixie Packard-Tax Collector 10701 N. College Ste C Indianapolis, IN 46280 | | | Value $            Undetermined | | | | $              0.00 | $      Unknown |
| Account No. | | H | Improved property at 20288 Creek Road, Santa Cruz, CA 95030 | | | | | |
| Downey Savings PO Box 6060 Newport Beach, CA 92658 | | | Value $            Undetermined | | | | $      368,808.71 | $      Unknown |

Sheet __1__ of __9__ continuation sheets attached to the Schedule of Creditors Holding Secured Claims

Subtotal➔ $        925,573.39
(Total of this page)

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re    Michael J. Schneider,                                    Case No.    MM-06-50441
_____                 _____
                          Debtor(s)

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 2955268 <br><br> EMC Mortgage Corporation <br> P.O. Box 141358 <br> Irving, TX 75014-1358 | | H | 2 story single family residence at 498 Glen Canyon Court, Santa Cruz, CA 95060 <br><br><br> Value $              Undetermined | | | X | $    600,000.00 | $    Unknown |
| Account No. 41011253000 <br><br> Gerardo D. Escobedo <br> 3021 Fireside Drive <br> San Jose, CA 95128-4005 | | C | Commercial 16 Units at 8645 North Lake Blvd., Kings Beach, CA 96143 <br><br> Value $              Undetermined | | | X | $    240,000.00 | $    Unknown |
| Account No. <br><br> Harry G. & Peggy Hajduk <br> 1316 Glenbrook Way <br> Modesto, CA 95355 | | C | One story Commercial at 3801 Watt Avenue, Sacramento, CA 95821 <br><br> Value $              Undetermined | | | X | $    80,000.00 | $    Unknown |
| Account No. 090-133-015-000 <br><br> Jenine Windeshausen-Tx Collector <br> 2976 Richardson Drive <br> Auburn, CA 95603 | | J | Large parcel with 3 small cabins which includes 299 Fox Street Land & portion of the parcel located at 8676 North Lake Blvd, Kings Beach, CA 96143 <br> Value $              Undetermined | | | | $    3,188.99 | $    Unknown |
| Account No. 090-133-007-000 <br><br> Jenine Windeshausen-Tx Collector <br> 2976 Richardson Drive <br> Auburn, CA 95603 | | J | Large parcel with 3 small cabins which includes 299 Fox Street Land & portion of the parcel located at 8676 North Lake Blvd, Kings Beach, CA 96143 <br> Value $              Undetermined | | | | $    974.63 | $    Unknown |

Sheet __2__ of __9__ continuation sheets attached to the Schedule of Creditors Holding Secured Claims

Subtotal ➔ (Total of this page)   $   924,163.62

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

## SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 090-133-008-000 | | J | Old 3 unit studio motel rooms at 8684 Salmon Avenue with a portion of the parcel located at 8675 North Lake Blvd., Kings Beach, CA 96143 | | | | | |
| Jenine Windeshausen-Tx Collector 2976 Richardson Drive Auburn, CA 95603 | | | Value $          Undetermined | | | | $          1,363.65 | $          Unknown |
| Account No. 090-133-011-000 | | H | Commercial property at 8697 North Lake Blvd., Kings Beach, CA 96143 | | | | | |
| Jenine Windeshausen-Tx Collector Placer Couty Tax Collector PO Box 7790 Auburn, CA 95604 | | | Value $          Undetermined | | | | $          357.60 | $          Unknown |
| Account No. 090-133-010-000 | | H | Commercial property at 8697 North Lake Blvd., Kings Beach, CA 96143 | | | | | |
| Jenine Windeshausen-Tx Collector Placer Couty Tax Collector PO Box 7790 Auburn, CA 95604 | | | Value $          Undetermined | | | | $          1,286.05 | $          Unknown |
| Account No. 090-133-005-000 | | C | Commercial 16 Units at 8645 North Lake Blvd., Kings Beach, CA 96143 | | | | | |
| Jenine Windeshausen-Tx Collector Placer Couty Tax Collector PO Box 7790 Auburn, CA 95604 | | | Value $          Undetermined | | | | $          5,432.54 | $          Unknown |
| Account No. 117-010-012-000 | | H | Split lake lot at 4793 North Lake Blvd, Tahoe Vista, CA 96148 | | | | | |
| Jenine Windeshausen-Tx Collector Placer Couty Tax Collector PO Box 7790 Auburn, CA 95604 | | | Value $          Undetermined | | | | $          3,704.09 | $          Unknown |

Sheet  3  of  9  continuation sheets attached to the Schedule of Creditors Holding Secured Claims

Subtotal➔ $          12,143.93
(Total of this page)

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re  Michael J. Schneider,                                    Case No.  MM-06-50441

                                    Debtor(s)

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 090-122-037-000 | | H | | | | | | |
| Jenine Windeshausen-Tx Collector Placer Couty Tax Collector PO Box 7790 Auburn, CA 95604 | | | Vacant land at POR lots 14 thru 16 D Broadway Vista, Trout Ave., Kings Beach, CA 96143 | | | | | |
| | | | Value $          Undetermined | | | | $          395.33 | $          Unknown |
| Account No. 090-126-022-000 | | H | | | | | | |
| Jenine Windeshausen-Tx Collector Placer Couty Tax Collector PO Box 7790 Auburn, CA 95604 | | | Trailer Park at 8685 Salmon Avenue, Kings Beach, CA 96143 | | | | | |
| | | | Value $          Undetermined | | | | $          2,266.40 | $          Unknown |
| Account No. 090-126-024-000 | | H | | | | | | |
| Jenine Windeshausen-Tx Collector Placer Couty Tax Collector PO Box 7790 Auburn, CA 95604 | | | Large parcel with 3 small cabins which includes 299 Fox Street Land & portion of the parcel located at 8676 North Lake Blvd, Kings Beach, CA 96143 | | | | | |
| | | | Value $          Undetermined | | | | $          2,817.74 | $          Unknown |
| Account No. 090-126-021-000 | | H | | | | | | |
| Jenine Windeshausen-Tx Collector Placer Couty Tax Collector PO Box 7790 Auburn, CA 95604 | | | Old 3 unit studio motel rooms at 8684 Salmon Avenue with a portion of the parcel located at 8675 North Lake Blvd., Kings Beach, CA 96143 | | | | | |
| | | | Value $          Undetermined | | | | $          1,212.45 | $          Unknown |
| Account No. 090-122-035-000 | | J | | | | | | |
| Jenine Windeshausen-Tx Collector Placer Couty Tax Collector PO Box 7790 Auburn, CA 95604 | | | Vacant land at Lot 13, D and Lot 12, D Broadway Vista, Trout Ave., Kings Beach, CA 96143 | | | | | |
| | | | Value $          Undetermined | | | | $          89.04 | $          Unknown |

Sheet  4  of  9   continuation sheets attached to the Schedule of Creditors Holding Secured Claims

Subtotal➔ $          6,780.96
(Total of this page)

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re  Michael J. Schneider,                                                    Case No.  MM-06-50441
                                    Debtor(s)

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 090-122-036-000 | | J | | | | | | |
| Jenine Windeshausen-Tx Collector Placer Couty Tax Collector PO Box 7790 Auburn, CA 95604 | | | Vacant land at Lot 13, D and Lot 12, D Broadway Vista, Trout Ave., Kings Beach, CA 96143 | | | | | |
| | | | Value $           Undetermined | | | | $          89.04 | $      Unknown |
| Account No. 090-133-006-000 | | H | | | | | | |
| Jenine Windeshausen-Tx Collector Placer Couty Tax Collector PO Box 7790 Auburn, CA 95604 | | | Small apartment/house at 8666 Salmon Avenue, Kings Beach, CA  96143 | | | | | |
| | | | Value $           Undetermined | | | | $       1,313.89 | $      Unknown |
| Account No. 090-133-009-000 | | H | | | | | | |
| Jenine Windeshausen-Tx Collector Placer Couty Tax Collector PO Box 7790 Auburn, CA 95604 | | | Large parcel with 3 small cabins which includes 299 Fox Street Land & portion of the parcel located at 8676 North Lake Blvd, Kings Beach, CA 96143 | | | | | |
| | | | Value $           Undetermined | | | | $          556.75 | $      Unknown |
| Account No. 01288-8 | | C | | | | X | | |
| Jerome K. & Eva M. Herrmann W. T. Capital Lender Services 7522 North Colonial Avenue, Ste 101 Fresno, CA 93711 | | | Commercial 16 Units at 8645 North Lake Blvd., Kings Beach, CA 96143 | | | | | |
| | | | Value $           Undetermined | | | | $     360,000.00 | $      Unknown |
| Account No. 040-190-056-000 | | H | | | | | | |
| Jim Kennedy -Tax Collector 915 8th Street, Suite 103 Marysville, CA 94010 | | | Land - 43 acres at 12135 Dawn Drive, Marysville, CA 95901 | | | | | |
| | | | Value $           Undetermined | | | | $          730.16 | $      Unknown |

Sheet __5__ of __9__ continuation sheets attached to the Schedule of Creditors Holding Secured Claims

Subtotal ➔ $     362,689.84
(Total of this page)

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 032-221-040-2-01 | | H | | | | | | |
| Lee Buffington-Tax Collector 555 County Center, 1st Floor Redwood City, CA 94063 | | | Value $              Undetermined | | | | $          446.42 | $      Unknown |
| Account No. 032-221-040-2-02 | | H | | | | | | |
| Lee Buffington-Tax Collector 555 County Center, 1st Floor Redwood City, CA 94063 | | | Value $              Undetermined | | | | $          216.23 | $      Unknown |
| Account No. 070-011-110-7-01 | | H | | | | | | |
| Lee Buffington-Tax Collector County Tax Collector 555 County Center, 1st Floor Redwood City, CA 94063 | | | Single family residence at 46 Alameda de las Pulgas, Atherton, CA 94027 Value $              Undetermined | | | | $            0.00 | $      Unknown |
| Account No. | | H | | | | | | |
| Margie Lockwood PO Box 1054 Carnelian Bay, CA 96140 | | | Split lake lot at 4793 North Lake Blvd, Tahoe Vista, CA 96148 Value $              Undetermined | | | X | $      525,000.00 | $      Unknown |
| Account No. | C | | | | | | | |
| Natalie Daneri 44450 Indian Canyon Lane Palm Desert, CA 92260 | | | Commercial 16 Units at 8645 North Lake Blvd., Kings Beach, CA 96143 Value $              Undetermined | | | X | $      670,000.00 | $      Unknown |

Sheet  _6_  of  _9_  continuation sheets attached to the Schedule of Creditors Holding Secured Claims

Subtotal ➔ $ 1,195,662.65
(Total of this page)

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re  Michael J. Schneider,                                              Case No.  MM-06-50441
---
Debtor(s)

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 990-205-616-000 |  | H |  |  |  |  |  |  |
| Placer County-Tax Collector Placer Couty Tax Collector PO Box 7790 Auburn, CA 95604 |  |  | Commercial property at 8697 North Lake Blvd., Kings Beach, CA 96143 |  |  |  |  |  |
|  |  |  | Value $              Undetermined |  |  |  | $        2,085.60 | $     Unknown |
| Account No. 990-205-617-000 |  | H |  |  |  |  |  |  |
| Placer County-Tax Collector Placer Couty Tax Collector PO Box 7790 Auburn, CA 95604 |  |  | Commercial property at 8697 North Lake Blvd., Kings Beach, CA 96143 |  |  |  |  |  |
|  |  |  | Value $              Undetermined |  |  |  | $        1,376.04 | $     Unknown |
| Account No. |  | H |  |  |  | X |  |  |
| Rosemary Tavares 2837 Pine Valley Road Fairfield, CA 94533 |  |  | Commercial property at 8697 North Lake Blvd., Kings Beach, CA 96143 |  |  |  |  |  |
|  |  |  | Value $              Undetermined |  |  |  | $      370,000.00 | $     Unknown |
| Account No. |  | H |  |  |  | X |  |  |
| Ruth Barber Box 2936 Florence, AZ 85232 |  |  | Trailer Park at 8685 Salmon Avenue, Kings Beach, CA 96143 |  |  |  |  |  |
|  |  |  | Value $              Undetermined |  |  |  | $      590,000.00 | $     Unknown |
| Account No. 091-171-01 |  | H |  |  |  |  |  |  |
| Santa Cruz County -Tax Collector P.O. Box 1817 Santa Cruz, CA 95061 |  |  | Improved property at 20288 Creek Road, Santa Cruz, CA 95030 |  |  |  |  |  |
|  |  |  | Value $              Undetermined |  |  |  | $          907.48 | $     Unknown |

Sheet __7__ of __9__ continuation sheets attached to the Schedule of Creditors Holding Secured Claims

Subtotal ► $     964,369.12
(Total of this page)

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re __Michael J. Schneider,__        Case No. __MM-06-50441__

Debtor(s)

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 091-171-02 <br><br> Santa Cruz County -Tax Collector <br> PO Box 1817 <br> Santa Cruz, CA 95061 | | H | Improved property at 20288 Creek Road, Santa Cruz, CA 95030 <br><br> Value $      Undetermined | | | | $    907.48 | $    Unknown |
| Account No. 091-171-07 <br><br> Santa Cruz County -Tax Collector <br> P.O. Box 1817 <br> Santa Cruz, CA 95061 | | H | Land at 20300 Bear Creek Rd, Santa Cruz, CA 95030 <br><br> Value $      Undetermined | | | | $    4,720.99 | $    Unknown |
| Account No. 091-171-12 <br><br> Santa Cruz County -Tax Collector <br> P.O. Box 1817 <br> Santa Cruz, CA 95061 | | H | Land at 20300 Bear Creek Rd, Santa Cruz, CA 95030 <br><br> Value $      Undetermined | | | | $    621.33 | $    Unknown |
| Account No. 4-95-RC <br><br> Simpson Family Ltd. Ptrshp <br> 2415 Fifth Avenue <br> Oroville, CA 95965 | | H | Land - 43 acres at 12135 Dawn Drive, Marysville, CA 95901 <br><br> Value $      Undetermined | | | X | $    28,000.00 | $    Unknown |
| Account No. 067881116-7 <br><br> Washington Mutual <br> Washington Mutual <br> PO Box 78148 <br> Phoenix, AZ 85062-8111 | | H | Small apartment/house at 8666 Salmon Avenue, Kings Beach, CA  96143 <br><br> Value $      Undetermined | | | | $    149,572.02 | $    Unknown |

Sheet __8__ of __9__ continuation sheets attached to the Schedule of Creditors Holding Secured Claims         Subtotal ➔   $    183,821.82 <br> (Total of this page)

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 11811601<br><br>World Savings<br>PO Box 659558<br>San Antonio, TX 78265-9558 | | H | Single family residence at 10410 Springmill Road, Indianapolis, IN 46290<br><br>Value $          Undetermined | | | | $    130,986.52 | $    Unknown |
| Account No. 21627344<br><br>World Savings<br>PO Box 659568<br>San Antonio, TX 78265-9558 | | H | Condominium at 1300 Plaza de Sonadores, Santa Barbara, CA 93108<br><br>Value $          Undetermined | | | | $    200,000.00 | $    Unknown |
| Account No. 11776192<br><br>World Savings<br>PO Box 60129<br>Los Angeles, CA 90060-0129 | | H | Condominium at 1300 Plaza de Sonadores, Santa Barbara, CA 93108<br><br>Value $          Undetermined | | | | $    367,028.12 | $    Unknown |
| Account No. | | | Value $          . | | | | $ | $ |
| Account No. | | | Value $          . | | | | $ | $ |

Sheet __9__ of __9__ continuation sheets attached to the Schedule of Creditors Holding Secured Claims

|  |  |
|---|---|
| Subtotal ➔ (Total of this page) | $    698,014.64 |
| Total ➔ (Report on Summary of Schedules) | $   8,898,219.97 |

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

Form B6E
(10/05)

In re   **Michael J. Schneider** ,                                          Case No.   **MM-06-50441**
_____                                    _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4**   continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re __Michael J. Schneider__        Case No. __MM-06-50441__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Alejandro Juvenal, Alfredo Espinoza <br> 8675 N Lake Blvd# 3 <br> Kings Beach, CA 96143 | J | | | | | | 500.00 | 500.00 |
| Account No. <br><br> Antonio Barracan <br> 8666 Salmon Avenue <br> Kings Beach, CA 96143 | H | | | | | | 700.00 | 700.00 |
| Account No. **Unit # 4/Scraps** <br><br> Christe Crammer & Michele Shumway <br> PO Box 1366 <br> Verdi, NV 89439 | H | | | | | | 2,000.00 | 2,000.00 |
| Account No. **Space # 17** <br><br> Exiquio Ruiz, Lourdes Angel-Gonzales <br> 8685 Salmon <br> Kings Beach, CA 96143 | H | | | | | | 1,100.00 | 1,100.00 |
| Account No. **Space # 13** <br><br> Felipe Guevara <br> 8681 Salmon <br> Kings Beach, CA 96143 | H | | | | | | 675.00 | 675.00 |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    4,975.00    4,975.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re **Michael J. Schneider**                    Case No. **MM-06-50441**

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| James W & Ashley L & Vanessa R Schneider 10140 Springmill Road Indianapolis, IN 46290 | | H | | | | | Unknown | 0.00 |
| Account No. **Unit# 15** | | | | | | | | |
| Jesus Lopez 8645 N Lake Blvd #15 Kings Beach, CA 96143 | | C | | | | | 675.00 | 675.00 |
| Account No. | | | | | | | | |
| John T Heibel 151 Summerhill Drive Scotts Valley, CA 95066 | | H | | | | | 1,500.00 | 1,500.00 |
| Account No. **Unit# 8** | | | | | | | | |
| Lightning Lock and Key PO Box 10803 Truckee, CA 96162 | | C | | | | | 400.00 | 400.00 |
| Account No. **Unit# 11** | | | | | | | | |
| Lupe Munoz DBA Therapeutic Massage Box 544 Tahoe Vista, CA 96148 | | C | | | | | 250.00 | 250.00 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 2,825.00 | 2,825.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re   **Michael J. Schneider**                                          Case No. ____**MM-06-50441**____
                              Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Unit# 13** | | | | | | | | |
| **North Tahoe Business Association** PO Box 1023 Kings Beach, CA 96143 | C | | | | | | 200.00 | 200.00 |
| Account No. **Unit# 10** | | | | | | | | |
| **Patricio Gamez Armenta** 8645 N Lake Blvd #10 Kings Beach, CA 96143 | C | | | | | | 800.00 | 800.00 |
| Account No. | | | | | | | | |
| **Robert Kuchenmeister** PO Box 595 Kings Beach, CA 96143 | C | | | | | | 150.00 | 150.00 |
| Account No. | | | | | | | | |
| **Roel Vasquez Vasquez** 8684 Salmon # 3 Kings Beach, CA 96143 | J | | | | | | 300.00 | 300.00 |
| Account No. **Unit# 6 & 7** | | | | | | | | |
| **Velia Estrella** PO Box 1818 Kings Beach, CA 96143 | C | | | | | | 400.00 | 400.00 |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 1,850.00 | 1,850.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   **Michael J. Schneider**                                      Case No.   **MM-06-50441**
_____                _____
                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.** | | | | | | | | | |
| **Employment Development Department PO Box 944203 Sacramento, CA 94244** | H | | | | | | | | |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | | | | | |
| **Franchise Tax Board Special Procedures Bankruptcy Unit PO Box 2952 Sacramento, CA 95812** | H | | | | | | | | |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | | | | | |
| **Internal Revenue Service Special Procedures Function Insolvency PO Box C-13 Laguna Niguel, CA 92607** | H | | | | | | | | |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |

Sheet **4** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 9,650.00 | 9,650.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy