Linda K. Cooper
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044
Telephone: 314.291.3030
Facsimile: 314.291.6546

Fee Auditor

**FILED**

MAR 2 9 2007

CLERK
United States Bankruptcy Court
San Jose, California

2f

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

In re

MICHAEL J. SCHNEIDER,

Debtor.

Case No. 06-50441-MM

Chapter 11 Case

**Application Authorizing the Retention and Employment Of Stuart Maue As Fee Auditor *Nunc Pro Tunc*, To January 1, 2007**

(Hearing, if any, to be set by the Court)

TO:   THE HONORABLE MARILYN MORGAN, UNITED STATES BANKRUPTCY JUDGE;
THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR; AND OTHER
PARTIES IN INTEREST:

    Stuart Maue respectfully submits this application authorizing the retention and employment of

Stuart Maue as fee auditor to the Court *nunc pro tunc,* to January 1, 2007 (the "Application").   In

support of the Application, Stuart Maue represents as follows:

## BACKGROUND

1. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue for this proceeding and this Application are proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On March 24, 2006 (the "Petition Date"), this case was commenced by the filing of an Involuntary Petition against the Debtor, Michael J. Schneider (the "Debtor"), pursuant to Section 303 of the United States Bankruptcy Code.

3. On April 7, 2006, the Court entered an order appointing A. Kyle Everett, as chapter 11 Trustee and on April 12, 2006, the Court entered an order converting this case to a chapter 11 proceeding.

4. On December 13, 2006, a hearing was held on the First Interim Application for Compensation and Reimbursement of Expenses filed by Howard Rice Nemerovski Canady Falk & Rabkin, Counsel for Kyle A. Everett, chapter 11 Trustee, at which time, the Court stated that the Application would be referred to Stuart Maue, fee auditor, for review.

## QUALIFICATIONS OF STUART MAUE

5. Stuart Maue is a legal auditing and bill review firm located in St. Louis, Missouri. Stuart Maue specializes in the review and auditing of fees and expenses filed in major chapter 11 bankruptcies and the legal fees and expenses resulting from complex litigation, national class actions, and multi-district litigation.

6. Stuart Maue is a leader in legal fee auditing and examination and has served as the court appointed fee auditor in many cases, including the Winn-Dixie chapter 11 filed in the Middle District of Florida, the Stone & Webster chapter 11 filed in the District of Delaware, the Kmart chapter 11 filed in the Northern District of Illinois, and the Bennett Funding Group chapter 11 filed

in the Northern District of New York. Stuart Maue understands the issues involved in chapter 11 cases and is well qualified to provide the necessary fee auditing and related services that are required in these proceedings.

## SERVICES TO BE PROVIDED AND TERMS OF RETENTION

7.     Stuart Maue proposes to provide the following services regarding the fees and expenses of the case professionals:

      (a)    reconciliation of hours/fees and expenses requested in the fee applications;

      (b)    review and analysis of professional activities disclosed in the fee applications;

      (c)    review and analysis of expenses requested in the fee applications;

      (d)    evaluation of fees and expenses for noncompliance with guidelines and/or court rules;

      (e)    preparation of written reports of the review and analysis; and

      (f)    other services the Court may request with respect to the examination of fee applications in this chapter 11 case.

8.     Stuart Maue proposes to be compensated for its services based on the following hourly rates:     Senior Legal Auditor - $325.00/hour, Legal Auditors - $275.00/hour, Computer Programmers/Consultants - $250.00/hour, and Data Specialists - $75.00/hour.     Stuart Maue has agreed to cap its fee at 2 percent of the total fees and expenses reviewed. The fee cap contemplates that the fee and expense entries from the case professionals will be provided in an electronic format. In the event that an electronic format is not provided and Stuart Maue is required to perform manual data entry of the fees and expenses, Stuart Maue may request that the fee cap be increased by 0.25 percent of the total fees and expenses reviewed. Also, if Stuart Maue is required to review the supporting documentation for the expenditures of the case professionals, Stuart Maue may request

that the fee cap be increased by 0.25 percent of the total fees and expenses reviewed. Stuart Maue proposes that it may request reimbursement for reasonable out-of-pocket expenses.

9.     The fee structure described above is consistent with Stuart Maue's normal billing practices for cases that require the level and scope of services contemplated in this appointment and are consistent with fees charged in comparable engagements in other chapter 11 cases.

## DISCLOSURE CONCERNING CONFLICTS AND PREPETITION PAYMENTS

10.     Stuart Maue states that Stuart Maue (i) does not have or present any interest materially adverse to the interest of the Debtor or the estate, the creditors or the equity interest holders, and (ii) is a "disinterested person" as that term is defined in the Bankruptcy Code § 101(14). Moreover, the retention and employment of Stuart Maue is in the best interest of the Debtor and the estates, the creditors, and the interest holders.

11.     Stuart Maue has not shared or agreed to share any of its compensation with any other person, other than a managing director, professional, or employee of Stuart Maue, as permitted in section 504 of the Bankruptcy Code.

## RELIEF REQUESTED

12.     By this Application, Stuart Maue respectfully requests the Court to enter an order pursuant to the Bankruptcy Code, Bankruptcy Rules, and the Local Rules for the Northern District of California:

> (a)     authorizing the retention and employment of Stuart Maue as the fee auditor for the purpose of reviewing and analyzing requests for compensation and reimbursement of expenses included in the fee applications filed by the case professionals in connection with the Debtor's chapter 11 case;

> (b)     approving the proposed fee and expense structure submitted by Stuart Maue;

(c)     approving that such retention be *nunc pro tunc* to January 1, 2007; and

(d)     granting such further and other relief as the Court deems just and proper.

Dated:  March 27, 2007

**STUART MAUE**

By:  *Linda K. Cooper*

Linda K. Cooper

## PROOF OF SERVICE

Case Name: <u>In Re: Michael J. Schneider</u>
Case No: 06-50441-MM

I, Linda K. Cooper, hereby declare as follows:

I am a citizen of the United States and a resident of the State of Missouri. I am over the age of eighteen years, and not a party to the within action. My business address is 3840 McKelvey Road, St. Louis, Missouri 63044. On March 27, 2007, I caused to be served:

**Application Authorizing the Retention and Employment of Stuart Maue, As Fee Auditor, *Nunc Pro Tunc* to January 1, 2007**

 **X**  By consigning such a copy to Federal Express for guaranteed 2-day delivery.

I served the above documents on the following persons:

Shannon L. Mounger-Lum, Esq.
Office of the U.S. Trustee
280 South First Street, Room 268
San Jose, CA 95113

William J. Lafferty, Esq.
Howard Rice Nemerovski Canady Falk & Rabkin
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024

Charles B. Greene, Esq.
Law Offices of Charles B. Greene
84 West Santa Clara Street, #770
San Jose, CA 95113

I am readily familiar with Stuart Maue's practice for collection and processing of correspondence for delivery according to instructions indicated above and in the ordinary course of business, correspondence would be handled accordingly.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 27th day of March 2007, at St. Louis, Missouri.

*Linda K. Cooper*
Linda K. Cooper