MAR 29  Entered on Docket
March 30, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



MAR 29 2007

CLERK
United States Bankruptcy Court
San Jose California

Linda K. Cooper
Stuart Maue, Ltd.
3840 McKelvey Road
St. Louis, MO 63044
Telephone: 314.291.3030
Facsimile: 314.291.6546

Fee Auditor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

**MICHAEL J. SCHNEIDER,**

    Debtor.

Case No. 06-50441-MM

Chapter 11 Case

**Order Authorizing the Retention and Employment of Stuart Maue, As Fee Auditor,** *Nunc Pro Tunc,* **to January 1, 2007**

(Hearing, if any, to be set by the Court)

    This cause comes before the Court for consideration of the Application Authorizing the Retention and Employment of Stuart Maue, as fee auditor to the Court, *nunc pro tunc*, to January 1, 2007 (the "Application").

    The Court, having considered said Application and the Declaration of Linda K. Cooper in Support of the Application (the "Cooper Declaration") and otherwise being fully advised, finds that the retention and employment of Stuart Maue shall be granted and approved.

Order Granting Application to Employ Stuart Maue as Fee Auditor
Case No. 06-50441-MM
- 1 -

Case: 06-50441   Doc# 579   Filed: 03/29/07   Entered: 03/30/07 16:48:06   Page 1 of 2

IT IS THEREFORE ORDERED that the retention and employment of Stuart Maue as the court appointed fee auditor in these proceedings, is approved, *nunc pro tunc*, to January 1, 2007; and it is further

ORDERED that Stuart Maue is appointed fee auditor in the above-captioned case under the terms set forth in the Application and the Cooper Declaration; and it is further

ORDERED that Stuart Maue is hereby authorized (i) to examine the fees and expenses of case professionals in this case as directed by the Court (ii) to review and analyze the fees and expenses with respect to compliance with the requirements of Section 330 of the Bankruptcy Code and the Rules of the Northern District of California including the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, and (iii) to provide written reports of that examination to the Court and others as directed by the Court; and it is further

ORDERED that Stuart Maue shall be compensated in accordance with the terms disclosed in the Application and the procedures set forth in Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the Northern District of California; and such other procedures as may be fixed by order of this Court.

**ORDERED AND ADJUDGED** this the 29 day of March, 2007.

The Honorable Marilyn Morgan
United States Bankruptcy Judge
Northern District of California

Order Granting Application to Employ Stuart Maue as Fee Auditor
Case No. 06-50441-MM