CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 770
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re ) Case No.: 06-50441 mm
)
**MICHAEL J. SCHNEIDER,** ) Chapter 7
)
Debtor. ) NOTICE OF CHANGE OF
) DEBTOR ADDRESS
)
) **Judge Marilyn Morgan**
_____ )

NOTICE IS HEREBY GIVEN to the Chapter 7 Trustee, all creditors, and those requesting special notice that the above-captioned Debtor's address is changed, effective immediately, as follows:

**H.D.S.P.**
**M. Schneider/G-06608/D4-127**
**P.O. Box 3030**
**Susanville, CA 96127**

DATED: August 5, 2009.

/s/ Charles B. Greene
**CHARLES B. GREENE**
**Counsel to Debtor**

**NOTICE OF CHANGE OF DEBTOR ADDRESS** 1