January 26, 2010

To: Bankruptcy Clerk

Re: Adversarial Complaint No. 06-50441 / Case: 09-05109
Saeed Fazeli vs. Michael J. Schneider

Please change my mailing address for all notices.

Old address:
Michael J. Schneider
3595 Stevens Creek Blvd.
San Jose, CA 95117

**FILED**
FEB 0 1 2010
CLERK MT
United States Bankruptcy Court
San Jose, California

New address:
Michael J. Schneider
HDSP / G-06608 / D4-127
P.O. Box 3030
Susanville, CA 96127

Thank you,

*Michael J. Schneider*