Clerk of the Bankruptcy Court
280 S. 1st St. room 3035
San Jose, Ca. 95113


FILED
APR 06 2010

Subject: change of address for
**Bankruptcy Petition #: 06-50441, and
Adversary Proceeding number 09-05109 (Fazeli vs. Schneider)**

Dear Sir,

Please change my address for mailing all notices in the two cases above

**New address:**

> **HDSP
> Michael J. Schneider/ G-06608
> A3-▮ 103
> P.O. Box 3030
> Susanville, Ca. 96127-3030**

The old address was:
HDSP
Michael J. Schneider/ G-06608/D4/127
P.O. Box 3030
Susanville, Ca. 96127-3030

Date signed 3-22-10           /s/ Michael J. Schneider