Michael A. Isaacs, CSBN 99782
Charles P. Maher, CSBN 124748
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
Rincon Center II,
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3895
misaacs@luce.com

Counsel for Andrea A. Wirum
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MICHAEL J. SCHNEIDER,<br><br>                Debtor. | Case No. 06-50441 CN<br>Chapter 7<br><br>**MOTION FOR ENTRY OF ORDER AUTHORIZING ABANDONMENT OF DEBTOR'S RECORDS AND DISPOSITION OF ASSETS RELATED THERETO (11 U.S.C. § 554(a); F.R.B.P. 6007(a))**<br><br>[No hearing requested] |

    Andrea A. Wirum, Trustee in Bankruptcy of the estate of the above Debtor, hereby moves the Court for an order authorizing her to abandon the Debtor's records and dispose of assets related thereto (11 U.S.C. § 554(a); F.R.B.P. 6007(a)).

    On April 27, 2010, the Trustee served on creditors and other interested parties notice of her intent to enter abandon the Debtor's records and dispose of assets related thereto (11 U.S.C. § 554(a); F.R.B.P. 6007(a)).

    WHEREFORE the Trustee requests entry of an order authorizing her to abandon the Debtor's records and dispose of assets related thereto (11 U.S.C. § 554(a); F.R.B.P. 6007(a)).

DATED: June 3, 2010        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

                                  By: /s/Michael A. Isaacs, Esq., CSBN 99782
                                      Michael A. Isaacs,
                                      Counsel for Andrea A. Wirum, Trustee