CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 770
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No.: 06-50441 |
| **MICHAEL J. SCHNEIDER,** | Chapter 7 |
| Debtor. | **NOTICE OF CHANGE OF DEBTOR ADDRESS** |

NOTICE IS HEREBY GIVEN to the Chapter 7 Trustee, all creditors, and those requesting special notice that the above-captioned Debtor's address is changed, effective immediately, as follows:

**Pleasant Valley S.P.**
**M. Schneider/G-06608-C2-148**
**P.O. Box 8500**
**Coalinga, CA 93210**

DATED May 25, 2011.

/s/ Charles B. Greene
**CHARLES B. GREENE**
**Counsel to Debtor**