| | |
|---|---|
| 1 | Andrea Wirum Ch 7 Trustee, Chapter 7 Trustee |
| 2 | P.O. Box 1108<br>Lafayette, CA 94549 |
| 3 | Telephone: (415) 294-7710<br>Facsimile: (415) 294-7710 |

**FILED**
**JUN 0 1 2011**
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

SCHNEIDER, MICHAEL J.

Debtor(s).

Case No. 06-50441 CN

Chapter 7

**NOTICE OF UNCLAIMED DIVIDEND(S)
(FRBP 3011)**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 11335 in the sum of $286.13 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: May 31, 2011

_____
Andrea Wirum Ch 7 Trustee,
Chapter 7 Trustee

LIST OF CREDITORS/CLAIMS WITH UNCLAIMED DIVIDEND(S)

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 11161 | Yuba County Treasurer /Tax Collector<br>915 8th St. #103<br>Marysville, CA 95901 | 24.95 |
| 11187 | SouthWest Gas Corporation<br>P.O. Box 1190<br>Carson City, NV 89702 | 22.45 |
| 11309 | James W, Ashley L & Vanessa R Schneider<br>10140 Springmill Road<br>Indianapolis, IN 46290 | 173.24 |
| 11310 | Sierra Pacific Power Company<br>P.O. Box 10100<br>Reno, NV 89520 | 15.05 |
| 11319 | SouthWest Gas Corporation<br>P.O. Box 1190<br>Carson City, NV 89702 | 22.45 |
| 11326 | Yuba County Property Tax<br>915 8th Street, Suite 103<br>Marysville, CA 94010 | 27.99 |
| | Total: | $286.13 |

SCHNEIDER, MICHAEL J.
06-50441 CN